# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-14-00191-CV

**Natasha Taylor, Appellant**

**v.**

**VRM (Vendor Resource Management), Duly Authorized Agent for
the Secretary of Veterans Affairs, Appellee**

### FROM THE COUNTY COURT AT LAW NO. 2 OF TRAVIS COUNTY
### NO. C-1-CV-13-10808, HONORABLE ERIC SHEPPERD, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant has filed an unopposed motion to dismiss her appeal. We grant the motion

and dismiss the appeal. *See* Tex. R. App. P. 42.1(a).

_____

David Puryear, Justice

Before Justices Puryear, Goodwin, and Field

Dismissed on Appellant's Motion

Filed: June 9, 2014